IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE CRAVER, | No. CIV S-09-1276-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| NATIONAL CITY BANK, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, proceeding pro se, brings this action to quiet title.  This action was originally filed in the Superior Court of California, County of Shasta.  On May 8, 2009, Defendants removed the action to this court pursuant to 28 U.S.C. § 1441 *et seq.*  Pending before the court is Plaintiff's motion to remand this matter back to the Shasta County Superior Court (Doc. 20).

        Pursuant to Eastern District of California Local Rule 78-230(b), "all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge."  For all motions filed in this court, the moving party is required to file a notice of motion, setting it for hearing on the motion calendar of the appropriate Judge.  Here, Plaintiff failed to file a notice of motion, and failed to set a hearing on the motion calendar.  The undersigned will therefore assume that

1

Plaintiff prefers to have the motion submitted upon the record and briefs, and no hearing on the motion will be held.[1]  See Local Rule 78-230(h).  Therefore, Defendants will be directed to file an opposition, if any, within 14 days of the date of this order.  Plaintiff may file her reply within 7 days after service of the opposition.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to remand is submitted on the record and briefs on file and no hearing will be held on the motion as currently filed;

2. Defendant's opposition, if any, shall be filed within 14 days of the date of this order; and

3. Plaintiff may file a reply brief within 7 days after service of Defendant's opposition.

DATED: June 24, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1]  Alternatively, if Plaintiff wishes to be heard on her motion, she may re-file the motion with an appropriate notice of motion, setting the matter on the undersigned's civil law and motion calendar.  Such notice of motion may be filed within 10 days of the date of this order.  If Plaintiff files a notice of motion setting this matter for hearing, briefing of the motion shall be conducted pursuant to Local Rule 78-230, not as set forth above.