IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE CRAVER, | No. CIV S-09-1276-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| NATIONAL CITY BANK, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this action to quiet title. Pending before the court is Defendant's motion to strike and motion to dismiss, on calendar for oral argument on July 9, 2009. Plaintiff has not filed an opposition to either motion.

Pursuant to Eastern District of California Local Rules, any opposition "to the granting of the motion shall be in writing and shall be filed with the Clerk not less than fourteen (14) days preceding the noticed . . . hearing date." See Local Rule 78-230(c). The local rules further provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Id.

/ / /

/ / /

1

1       Accordingly, and pursuant to Local Rule 78-230(h), the hearing scheduled for July 9, 2009, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs.

      IT IS SO ORDERED.

DATED: July 2, 2009

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE