1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CONSTANCE CRAVER,                    No. CIV S-09-1276-MCE-CMK

12          Plaintiff,

13     vs.                                ORDER

14   NATIONAL CITY BANK, et al.,

15          Defendants.

16   _____ /

17          Plaintiff, who is proceeding pro se, brings this civil action relating to her

18   mortgage.  Pending before the court is Plaintiff's motion to remand, and Defendant's motion to

19   dismiss and motion to strike.

20          This case is currently set for a scheduling conference on October 29, 2009, before

21   the undersigned in Redding, California.  Given the pending motions, the court finds if

22   appropriate to vacate the scheduling conference pending final resolution of the pending motions.

23   Once the motions have been resolved, the court will reset a scheduling conference in this matter

24   if appropriate.

25   / / /

26   / / /

1    Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for

2  October 29, 2009, is vacated, to be reset following final resolution of the pending motions if

3  appropriate.

4

5

6  DATED:  October 20, 2009

7    _____

   **CRAIG M. KELLISON**
8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26