1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  CONSTANCE CRAVER,                              No. CIV S-09-1276-MCE-CMK

12                 Plaintiff,

13          vs.                                                    ORDER

14  NATIONAL CITY BANK, et al.,

15                 Defendants.

16  _____/

17          Plaintiff, proceeding pro se, brings this action to "quiet title."  The matter was

18  referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

19          On October 22, 2009, the Magistrate Judge filed findings and recommendations

20  herein which were served on the parties and which contained notice that the parties may file

21  objections within a specified time.  No objections to the findings and recommendations have

22  been filed.[1]

23  _____

24          [1]      Instead of filing objections to the findings and recommendations, Plaintiff filed an
    amended complaint on October 30, 2009.  The court interprets this action as Plaintiff agreeing
25  with the magistrate judge's recommendation that her original complaint be dismissed with leave
    to amend.  No objections were received by the defendants either, who instead responded to
26  Plaintiff's amended complaint with a new motion to dismiss/motion to strike.

1

1          The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the Magistrate Judge's analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.     The findings and recommendations filed October 22, 2009, are adopted in

5  full;

6          2.     Plaintiff's motion to remand (Doc. 20) is denied;

7          3.     Defendant's motion to dismiss (Doc. 8) is granted;

8          4.     Plaintiff's complaint is dismissed;

9          5.     Plaintiff is granted leave to file an amended complaint;

10         6.     Defendant's motion to strike (Doc. 10) is denied as moot; and

11         7.     This matter is referred back to the magistrate judge for further

12  proceedings.

13  Dated:  November 18, 2009

14

15                   MORRISON C. ENGLAND, JR.

16                   UNITED STATES DISTRICT JUDGE